# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **PATSY TAYLOR** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:16-CV-01765** |
| | § | |
| **TRAVELERS LLOYDS OF TEXAS** | § | |
| **INSURANCE COMPANY AND** | § | |
| **CHARLES MCCLINTON** | § | |

**DEFENDANT'S NOTICE OF REMOVAL**
**<u>EXHIBIT B: ALL EXECUTED PROCESSES IN THE CASE</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Travelers Lloyds of Texas Insurance Company, a defendant in the above entitled and numbered cause, and files copies of all executed processes in this case as required by Local Rule 81.1.

US Postal Service®
Certified

DCV – 232515

ance
681

Coverage Provided

Postage $ 1.99

Certified Fee 3.30

Return Receipt Fee
(Endorsement Required) 2.70

...cted Delivery Fee
(Endorsement Required)

Total Postage & Fees $ 7.99

Sent To:

TRAVELERS LLOYDS OF TEXAS INSURANCE
COMPANY BY SERVING ITS REGISTERED
AGENT CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701-3218

PS Form 3800, December 2014     US Postal Service®

Certified Mail®

DC CV 16-DCV-232515 CIT TAYLOR 268TH MLJ



SERVICE FEE COLLECTED
BY DISTRICT CLERK

THE STATE OF TEXAS

CITATION

TO:     TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY
        BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
        211 EAST 7TH STREET SUITE 620
        AUSTIN TX 78701-3218

NOTICE:

        You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S ORIGINAL PETITION** filed on **MAY 19, 2016**, a default judgment may be taken against you.  Said answer may be filed by mailing to the District Clerk's Office at 301 Jackson Street, Richmond, Texas 77469, or by bringing said answer to the physical address at 1422 Eugene Heimann Circle, Richmond, Texas 77469.  We are located on the first floor of the Courthouse building.

        The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas; and was filed on **MAY 19, 2016**. It bears cause number **16-DCV-232515**  and is styled:

**PATSY TAYLOR VS. TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY AND CHARLES MCCLINTON**

        The name and address of the attorney for **PLAINTIFF OR PETITIONER** is:

ANA M. ENE
DALY & BLACK PC
2211 NORFOLK ST SUITE 800
HOUSTON TX 77098
713-655-1405

        The nature of the demands of said **PLAINTIFF OR PETITIONER** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

        If this Citation is not served, it shall be returned unserved.  Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 24th day of May, 2016.**

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: _____
    Deputy District Clerk MICHELLE L JENSEN
    Telephone: (281) 633-7634

ORIGINAL

16 - DCV - 232515
ISSU
issuance
4194620



16-DCV-232515
Patsy Taylor vs. Travelers Lloyds of Texas Insurance Company and Charles McClinton

288th Judicial District Court

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the 19th day of May, 2016 at 9:12 pm o'clock and executed at C/O REGISTERED AGENT CORPORATION SERVICE COMPANY  211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701-3218, on the May 24, 2016, by delivering to the within named TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee.........$8.00 Issuance + $80.00 Service = $88.00

CMRRR# 9414 7266 9904 2957 5481 59

FILED
MAY 24 2016
AT 10:49 A. M.
Clerk District Court, Fort Bend Co., TX

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: Michelle L. Jensen
Deputy District Clerk  Michelle L Jensen

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____
                    (First, Middle, Last)

_____, and my address is _____
                                              (Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____

on the day of _____

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

ORIGINAL

Citation (By Certified Mail) issued to Travelers Lloyds of Texas Insurance Company on 5/24/2016.

Number

16 – DCV – 232515

ISSU

Issuance

4207816

4 7266 9904 2957 5481 59

e Type **CERTIFIED MAIL®**

cted Delivery? *(Extra Fee)*  ☐ Yes

e Addressed to:

RAVELERS LLOYDS OF TEXAS INSURANCE
MPANY BY SERVING ITS REGISTERED
ENT CORPORATION SERVICE COMPANY
1 EAST 7TH STREET SUITE 620
USTIN TX 78701-3218

3811, December 2014

CV 16-DCV-232515 CIT TAYLOR 268TH MLJ

**COMPLETE THIS SECTION ON DELIVER**

A. Received by (Please Print Clearly)

B. Date of

MAY 2

C. Signature

X

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

Elliott

2016 JUN -1 AM 9: 47

CLERK DISTRICT COURT

FILED

Domestic Return Rece

UNITED STATES POSTAL SERVICE®

First-Class Ma
Postage & Fe
USPS®
Permit No. G-

Print your name, address and ZIP+4® below •

ANNIE REBECCA ELLIOTT
FORT BEND COUNTY DISTRICT CLERK
301 JACKSON
RICHMOND TX  77469-3108

Unofficial

SERVICE FEE COLLECTED
BY DISTRICT CLERK

THE STATE OF TEXAS

CITATION

TO:   CHARLES MCCLINTON
      4650 WESTWAY PARK BLVD
      HOUSTON TX 77041-2007

NOTICE:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION filed on **MAY 19, 2016**, a default judgment may be taken against you.  Said answer may be filed by mailing to the District Clerk's Office at 301 Jackson Street, Richmond, Texas 77469, or by bringing said answer to the physical address at 1422 Eugene Heimann Circle, Richmond, Texas 77469.  We are located on the first floor of the Courthouse building.

The case is presently pending before the **268TH JUDICIAL DISTRICT COURT** of Fort Bend County sitting in Richmond, Texas, and was filed on **MAY 19, 2016**. It bears cause number **16-DCV-232515** and is styled:

**PATSY TAYLOR VS. TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY AND CHARLES MCCLINTON**

The name and address of the attorney for **PLAINTIFF OR PETITIONER** is:

**ANA M. ENE
DALY & BLACK PC
2211 NORFOLK ST SUITE 800
HOUSTON TX 77098
713-655-1405**

The nature the demands of said **PLAINTIFF OR PETITIONER** is shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION** accompanying this citation and made a part hereof.

If this Citation is not served, it shall be returned unserved. Issued under my hand and seal of said Court, at Richmond, Texas, **on this the 24th day of May, 2016.**



DISTRICT CLERK ANNE REBECCA ELLIOTT
Fort Bend County, Texas

By: _____
    Deputy District Clerk **MICHELLE L JENSEN**
    Telephone: **(281) 633-7634**

ORIGINAL

16–DCV–232515
ISSU
Issuance
419677

16-DCV-232515
Patsy Taylor vs. Travelers Lloyds of Texas Insurance Company and Charles McClinton

268th Judicial District Court

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the 19th day of May, 2016 at 9:12 pm o'clock and executed at 4650 WESTWAY PARK BLVD HOUSTON TX 77041-2007, on the May 24, 2016, by delivering to the within named CHARLES MCCLINTON by registered or certified mail, with delivery - restricted to addressee only, return receipt requested, a true copy of this citation together with the accompanying copy of the petition were attached thereto.

Fee........ $8.00 Issuance + $80.00 Service = $88.00

CMRRR# 9414 7266 9904 2957 5481 66

**FILED**

MAY 24 2016

AT 10:40 A.M.

_Annie Rebecca Elliott_

Clerk District Court, Fort Bend Co., TX

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

_Michelle J Jensen_

By: Deputy District Clerk Michelle L Jensen

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is
(First, Middle, Last)

_____, and my address is _____ ,"
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____

on the day of _____

_____
Declarant / Authorized Process Server

_____
(Id # & expiration of certification)

**ORIGINAL**

Citation (By Certified Mail) issued to Charles McClinton on 5/24/2016.

US Postal Service®

6 – DCV – 232515
SU
suance
199683

*Coverage Provided*

Postage | $ | 1.40
Certified Fee | | 3.80
Return Receipt Fee
(Endorsement Required) | | 2.70
Restricted Delivery Fee
(Endorsement Required) | | 4.95
Total Postage & Fees | | 13.40

Sent To:

CHARLES MCCLINTON
4850 WESTWAY PARK BLVD
HOUSTON TX 77041-2007

PS Form 3800, December 2014     US Postal Service®

Certified Mail®

DC CV 16-DCV-232515 CIT TAYLOR 268TH MLJ





ANNIE REBECCA ELLIOTT
FORT BEND COUNTY
DISTRICT CLERK
301 JACKSON
RICHMOND, TX 77469

CERTIFIED MAIL

9414 7266 9904 2957 5481 66
RETURN RECEIPT REQUESTED

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77469 $ 013.40
02 1W
0001372223 MAY 25 2016

OFFICIAL BUSINESS

Penalty for Private Use

CHARLES MCCLINTON
4650 WESTWAY PARK BLVD
HOUSTON TX 77041-2007

No ste.

#

NIXIE        770412034-1N        06/03/16

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

RESTRICTED DELIVERY
ADDRESSEE ONLY

16 – DCV – 232515
ISSU
Issuance
4222277

2. Article Number

9414 7266 9904 2957 5481 66

3. Service Type **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

LINE 1•

CHARLES MCCLINTON
4850 WESTWAY PARK BLVD
HOUSTON TX 77041-2007

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED
JUN - 7 2016
AT 2:15 P.M.
Annie Rebecca Elliott
Clerk District Court, Fort Bend Co., TX

Silvia Guevara

Thank you for using Return Receipt Service

FOLD AND TEAR HERE

PS Form 3811, December 2014

Domestic Return Receipt

DC CV 16-DCV-232515 CIT TAYLOR 268TH MLJ

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS FOLD AT DOTTED LINE

Unofficial